UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60129-CR-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                    **O R D E R**

BRUCE PERRAUD and THOMAS
RAFFANELLO,

      Defendants.

_____/

THIS MATTER is before the Court upon the Report and Recommendation (DE 85) filed herein by United States Magistrate Judge Robin S. Rosenbaum and upon Defendants Thomas Raffanello and Bruce Perraud's Motion To Dismiss The Superseding Indictment (DE 64). The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants Thomas Raffanello and Bruce Perraud's Objections To The Magistrate's Report And Recommendation (DE 89) be and the same is hereby **OVERRULED**;

2. The Report and Recommendation (DE 85) filed herein by United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court;

3. Defendants Thomas Raffanello and Bruce Perraud's Motion To Dismiss The Superseding Indictment (DE 64) be and the same is hereby **GRANTED** in part and **DENIED** in part;

4. Defendants Thomas Raffanello and Bruce Perraud's Motion To Dismiss The Superseding Indictment (DE 64) be and the same is hereby **GRANTED** as to Count 2, the violation of 18 U.S.C. § 1505, and as to the part of Count 1 charging Defendants with conspiring to commit a violation of Section 1505; and

5. In all other respects, Defendants Thomas Raffanello and Bruce Perraud's Motion To Dismiss The Superseding Indictment (DE 64) be and the same is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____1st____ day of December, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel and Parties of Record