```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 09-60129-CR-ZLOCH
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          **O R D E R**

BRUCE PERRAUD and
THOMAS RAFFANELLO,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Report and Recommendation (DE 118) filed herein by United States Magistrate Judge Robin S. Rosenbaum.  The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report And Recommendation (DE 118) filed herein by United States Magistrate Judge Robin S. Rosenbaum, be and the same is hereby approved, adopted and ratified in all respects except as follows: Plaintiff shall have until noon on Tuesday, January 19, 2010, to provide Defendants with an exhibit list and a hard copy of all expected trial exhibits; and

    2. Defendants Bruce Perraud and Thomas Raffanello's Motion To Compel Government To Identify Documents In Its Electronic Database On Which It Intends To Rely At Trial And Which Are Material To The Preparation Of The Defense And To Exclude All Other Documents (DE 91) be and the same is hereby **GRANTED** in part and **DENIED** in part

consistent with the terms of this Order and the Report of Magistrate Judge Rosenbaum (DE 118).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   14th    day of January, 2010.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Richard W. Goldberg

All Counsel of Record