```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 09-60129-CR-ZLOCH
```

UNITED STATES OF AMERICA,

       Plaintiff,

                                              **O R D E R**

vs.

BRUCE PERRAUD and
THOMAS RAFFANELLO,

       Defendants.

_____/

      THIS MATTER is before the Court upon the Report and Recommendation (DE 120) filed herein by United States Magistrate Judge Robin S. Rosenbaum. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. The Report And Recommendation (DE 120) filed herein by United States Magistrate Judge Robin S. Rosenbaum, be and the same is hereby approved, adopted and ratified by the Court;

      2. Defendants Bruce Perraud And Thomas Rafanello's Objections To Report And Recommendation Of Magistrate (DE 125) be and the same are hereby overruled;

      3. Defendants Bruce Perraud and Thomas Raffanello's Corrected Motion To Dismiss For Prosecutorial Misconduct By Intimidating Witness Anthony Belovich Into Not Testifying (DE 101) be and the same is hereby **DENIED**; and

      4. Defendants Bruce Perraud and Thomas Raffanello's Motion To

Dismiss For Prosecutorial Misconduct By Intimidating Witness Anthony Belovich Into Not Testifying (DE 96) be and the same is hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    20th     day of January, 2010.

                                 WILLIAM J. ZLOCH
                                 United States District Judge

Copies furnished:

The Honorable Richard W. Goldberg
All Counsel of Record