UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60129-CR-GOLDBERG

UNITED STATES OF AMERICA,

Plaintiff,

vs.

THOMAS RAFFANELLO and
BRUCE PERRAUD

Defendants.
_____/

QUESTION AND/OR COMMENT FROM
JURY WHILE IN DELIBERATIONS

**DO NOT DESTROY**

The following question and/or comment is asked by the jury:

We'd like to reconvene in the morning. Can we take the instructions home just to review

2/11/10
Date

Foreperson

Answer to question and/or comment posed by the jury:

Date

United States District Judge