UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60129-CR-GOLDBERG

UNITED STATES OF AMERICA,

Plaintiff,

vs.

THOMAS RAFFANELLO and
BRUCE PERRAUD

Defendants.
_____/

QUESTION AND/OR COMMENT FROM
JURY WHILE IN DELIBERATIONS

**DO NOT DESTROY**

The following question and/or comment is asked by the jury:

Clarify please (we've thoroughly reviewed our instructions): Can a defendant be found guilty of Counts 2, 3, 4/or 4, without being found guilty of Count 1?

_____2/12/10_____        _____
       Date                                        / Foreperson

Answer to question and/or comment posed by the jury:




_____        _____
       Date                                United States District Judge