UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60129-CR-GOLDBERG

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

BRUCE PERRAUD and

THOMAS RAFFANELLO,

       Defendants.
_____/

## JUDGMENT OF ACQUITTAL

THIS MATTER is before the Court upon Defendants Bruce Perraud and Thomas Raffanello's Motions for Judgment of Acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure (DE 175 and 176) made at the close of the Government's case in chief in the trial of this matter on February 8, 2010. The Court has carefully reviewed said Motions, as well as argument of Counsel, and is otherwise fully advised in the premises.

Based upon a careful review of the evidence and testimony adduced during the Government's case in chief, the Court finds that the Government's evidence is legally and factually insufficient to convict the Defendants, and that the Government has failed to prove beyond a reasonable doubt the material elements of the alleged offenses in Counts 1, 2, 3, and 4 of the Second Superseding Indictment filed in this case.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants Bruce Perraud and Thomas Raffanello's Motions for Judgment of Acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure (DE 175 and 176) be and the same are hereby **GRANTED**;

2. Defendant Bruce Perraud is hereby adjudged **NOT GUILTY** as to Counts 1, 2, 3, and

4 of the Second Superseding Indictment filed in this case; and

    3. Defendant Thomas Raffanello is hereby adjudged **NOT GUILTY** as to Counts 1, 2, 3, and 4 of the Second Superseding Indictment filed in this case; and

    4. Defendants are both discharged to go hence without day for return and exoneration of bond, if any.

    **DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 12th day of February, 2010.

RICHARD W. GOLDBERG
United States Judge