UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60129-CR-GOLDBERG

UNITED STATES OF AMERICA
Plaintiff,

vs.

THOMAS RAFFANELLO and,
BRUCE PERRAUD

Defendants.
_____/

### STIPULATION PERMITTING WITHDRAWAL OF EXHIBITS

It is stipulated by and between counsel for the respective parties that counsel for each party may withdraw all exhibits offered by that party, and shall retain the same pending appeal or further proceedings in this cause, and each does hereby release the Clerk of Court from further responsibility.

Dated: 2/12/10

_____
Counsel for: Government

Dated: 2/12/2010

_____
Counsel for: Defendant, Raffanello

Dated: 2/12/10

_____
Counsel for: Defendant, Perraud

Stipulation hereinabove approved this 16 day of Feb, 2010.

_____
RICHARD W. GOLDBERG,
United States Judge